FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 20, 2025

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Zack, Andrew Norris | Docket No. | 0980: 1:21CR02028-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Andrew Norris Zack, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 21st day of July 2023, under the following conditions:

<u>Standard Condition #8</u>: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 20, 2023, and August 4, 2023, conditions of pretrial release supervision were reviewed verbally with Mr. Zack. Per the District of Oregon, during both reviews of the conditions, he acknowledged an understanding.

On December 20, 2024, a warrant was issued under case number 0980 1:23CR02037-SAB-7 (ECF No. 251).

**Violation #1:** Mr. Zack is in violation of his pretrial release by consuming methamphetamine on or about December 16, 2024.

On December 19, 2024, this officer received an email from the supervising probation officer in the District of Oregon, stating the following: " I conducted an unannounced home contact at Mr. Zack's home yesterday (December 18, 2024). During the visit I collected a drug test which was presumptive positive for Buprenorphine, Amphetamine and Methamphetamine. I was able to verify his prescription for Suboxone (Buprenorphine) and confronted him about the positive methamphetamine results. Mr. Zack admitted to snorting one line of methamphetamine at his residence on December 16, 2024. He reports the controlled substance was brought to the house by some people that were helping clean fish at the home."

PRAYING THE COURT WILL ISSUE A WARRANT

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on:    02/20/2025 |
| | by | s/Linda J. Leavitt |
| | | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

2/20/2025
_____
Date